1 | J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
2 | Annie S. Wang (SBN 243027)
*annie@coombspc.com*
3 | J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
4 | Glendale, California 91206
Telephone:    (818) 500-3200
5 | Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

Aidan W. Butler (SBN 208399)
Attorney at Law
3540 Wilshire Boulevard, Suite 1030
Los Angeles, California 90010
Telephone: (213) 388-5168
Facsimile: (213) 388-5178
*tocontactaidan@gmail.com*

Attorneys for Defendant BAN PARK
a/k/a BAN S. PARK a/k/a SUK PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. CV08-5509 PJH |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER GRANTING |
| v. ) | TELEPHONIC APPEARANCES FOR |
| ) | CASE MANAGEMENT CONFERENCE |
| Ban Park a/k/a Ban S. Park a/k/a Suk Park and ) | |
| John Does 2 – 10, inclusive, ) | Case Management Conference: |
| ) | Date: July 30, 2009 |
| Defendants. ) | Time: 2:30 p.m. |
| ) | Court: Hon. Phyllis J. Hamilton |

On April 10, 2009, the Court set a Case Management Conference on July 30, 2009, at 2:30 p.m. pursuant to request.

In light of the parties' stipulation and good cause being shown, the Case Management Conference on July 30, 2009, at ~~2:30~~ 2:00 p.m. shall proceed telephonically.

Adobe v. Park, et al.: [Proposed] Order Granting Telephonic Request         - 1 -

call in jointly at 2:00 p.m. to 415-522-4100. All parties are ordered to be available on July 30, 2009, for ___ hours after 2:30 p.m., and are directed to provide the Court's Courtroom Deputy with a non-cellular, land-based contact telephone number in no event later than _____.

IT IS SO ORDERED.

Dated: 7/13/09

Hon. _____
United [States District Judge]

*IT IS SO ORDERED*
*[signature]*
*Judge Phyllis J. Hamilton*

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: /s/ Annie S. Wang
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Aidan W. Butler, Attorney at Law

By: _____
    Aidan W. Butler
Attorneys for Defendant BAN PARK
a/k/a BAN S. PARK a/k/a SUK PARK

Adobe v. Park, et al.: [Proposed] Order Granting Telephonic Request     - 2 -